FREDERICK C. DEVITA ET AL. *v.* NEW HAVEN
REDEVELOPMENT AGENCY ET AL.
(5711)

SPALLONE, STOUGHTON and FOTI, Js.

Argued May 17—decision released May 24, 1988

*Peter A. Kelly,* for the appellants (plaintiffs).

*Martin S. Echter,* for the appellees (defendants).

PER CURIAM. We agree with the findings and conclusions of the trial referee that the defendants disposed of city owned real estate properly and in accordance with applicable law.

There is no error.